

April 8, 2013

**ANSI/ASSE A1264.2-2012**

ASSE, as secretariat of the ANSI Accredited A1264 Standards Committee (ASC) writes safety standards intended to provide protection to persons in workplaces where there is danger of persons or materials falling through the floor or wall openings or from stairwells, platforms, or runways.  We continue to receive a significant number of inquiries related to the recent revision of ANSI/ASSE A1264.2 American National Standard titled:  *Standard for the Provision of Slip Resistance on Walking/Working Surfaces*.

Due to these inquiries for information about the standard we have put together what we call a "guide" for those with an interest.  The following information below should hopefully be of assistance:

Title:  *Standard for the Provision of Slip Resistance on Walking/Working Surfaces*.

Scope:  This standard sets forth provisions for protecting persons where there is potential for slips and falls as a result of surface characteristics or conditions.

Past Versions of the Standard:

A1264.2-2001 (New Standard)
A1264.2-2006 (Revised Standard)

Current Status of the A1264.2 Standard:  The standard was newly revised and was approved by ANSI December 19, 2012 and the notification of approval was included in ANSI Standards Action Publication Date on January 11, 2013.  The standard was effective upon approval by ANSI.

There are three basic areas addressed in the standard: 1) provisions for reducing hazards; 2) test procedures and equipment; and 3) slip resistance guidelines. The committee is aware of standards activities, which have been in development for many years with regard to test procedures and equipment, and opted to reference those standards in keeping with the advancements in this area. The E11.2 section of the standard is offered as a guideline, which goes a step beyond that which has previously been considered to be vague and ambiguous.

The intent of this standard is to help in the reduction of falls due to conditions, which in some fashion are manageable. The standards committee offers this standard as the state of the art, however continuing developments are to be expected, and revisions of the standard will be necessary as tribometric science progresses. It is felt, however, that guidelines and recommendations are very much needed and that the standard in its present form provides for the minimum performance requirements necessary for increased safety on walking/working surfaces in the workplace.

1

The Table of Contents from the approved standard is below:

**Contents**    SECTION .................................................................................................................... PAGE

1. Preface ................................................................................................................ 8

2. Scope, Purpose and Application ........................................................................ 8
    2.1  Scope ........................................................................................................ 8
    2.2  Purpose ..................................................................................................... 9
    2.3  Application ............................................................................................... 9

3. Other Standards and Technical Reports............................................................. 9

4. Definitions ........................................................................................................ 10

5. Footwear Applications and Considerations .................................................... 11
    5.1  Footwear Traction Properties ............................................................... 11
    5.2  Foreseeable Conditions.......................................................................... 11
    5.3  Traction Considerations ........................................................................ 12

6. Lighting............................................................................................................. 12

7. Floor Mats and Runners................................................................................... 13
    7.1  Location ................................................................................................. 13
    7.2  General Design ...................................................................................... 13
    7.3  Mat Installation ..................................................................................... 14
    7.4  Installation ............................................................................................. 15
    7.5  Inspection and Maintenance ................................................................. 15
    7.6  Storage and Care ................................................................................... 15
    7.7  Cleaning and Trade-Out ....................................................................... 15

8. Housekeeping.................................................................................................... 15
    8.1  General................................................................................................... 15
    8.2  Maintenance Procedures ....................................................................... 16
    8.3  Training ................................................................................................. 16
    8.4  Supervision ............................................................................................ 16
    8.5  Use of Granular Absorbents ................................................................. 17

9. Warnings/Barricades........................................................................................ 17
    9.1  General................................................................................................... 17
    9.2  Signage ................................................................................................... 17
    9.3  Symbols ................................................................................................. 18
    9.4  Placement............................................................................................... 18

10. Inherently Slippery Environments ................................................................. 18
    10.1 Barricades.............................................................................................. 18
    10.2 Containment.......................................................................................... 19
    10.3 Authorized Entry .................................................................................. 19
    10.4 Signage Considerations ........................................................................ 19

11.  Selection and/or Treatment .......................................................................... 19
    11.1 Safely Maintained ................................................................................. 19
    11.2 Practical Considerations ...................................................................... 19
    11.3 Snow and Ice Removal ........................................................................ 20

12.  Testing Equipment ...................................................................................... 21
    12.1 General ................................................................................................. 21
    12.2 Guideline .............................................................................................. 22

13.  Fall Investigation and Analysis ................................................................... 23
    13.1 General ................................................................................................. 23
    13.2 Timing .................................................................................................. 24
    13.3 Forms ................................................................................................... 24
    13.4 Occurrence Analysis ............................................................................ 25

Appendix A
Fall Investigation Forms ........................................................................ 28

Below are the first three sections of the standard

**Section 1.**    **PREFACE**

Falls are a leading cause of accidental deaths in the United States. Workplace falls are significant because falls can (1) result in serious injuries, and (2) cause other secondary accidents. Many falls from elevation are initiated by slip occurrences. The most common event leading to a slip is the unexpected loss of traction between the footwear bottom and floor material. Slip resistance of a walkway surface is often a key consideration in safety and the prevention of slips and falls.

Environments requiring more physically intensive tasks generally require a higher level of traction. Slip and fall accidents can be associated with several major factors or conditions such as:

* Floor surface characteristics affecting slip resistance;
* Footwear traction properties;
* Environmental factors (e.g., contaminants such as water, oil);
* Human factors (e.g., gait, human activity, psychological and physiological conditions of the walker).

This standard addresses the first three factors, which are more readily controlled by management.

**Section 2.**    **SCOPE, PURPOSE AND APPLICATION**

Section 2.1 Scope: This standard sets forth provisions for protecting persons where there is potential for slips and falls as a result of surface characteristics or conditions.

Section 2.2 Purpose: The purpose of this standard is to establish provisions for reasonably safe working and walking environments for persons pursuing foreseeable activities.

3

Section 2.3 Application: This standard is intended to apply primarily to the protection of employees in workplace situations. It does not apply to construction, residential occupancies, floating roof tanks or marine dock facilities.

**Section 3.  OTHER STANDARDS AND TECHNICAL REPORTS**

ANSI/ICC A117.1, Accessible and Usable Buildings and Facilities

ANSI Z535.2, Standard for Environmental and Facilities Safety Signs

ANSI Z353.3, Criteria for Safety Symbols

ANSI/ASSE A1264.1, Safety Requirements for Workplace Floor and Wall Openings, Stairs and Railing Systems

ANSI/ASSE Z490.1, Accepted Practices for Safety, Health and Environmental Training

ASTM F1646, Standard Terminology Relating to Safety and Traction for Footwear

ASTM F695, Standard Practice for Ranking of Test Data Obtained for Measurement of Slip Resistance of Footwear Sole, Heel or Related Materials

ASTM F1240, Standard Guide for Ranking Footwear Bottom Materials on Contaminated Walkway Surfaces According to Slip Resistance Test Results

ASTM F802, Standard Guide for Selection of Certain Walkway Surfaces When Considering Footwear Traction

ASTM F1637, Standard Practice for Safe Walking Surfaces

ASTM F2508, Standard Practice for Validation and Calibration of Walkway Tribometers Using Reference Surfaces

ANSI/ASSE TR-A1264.3, Using Variable Angle Tribometers (VAT) for Measurement of the Slip Resistance of Walkway Surfaces

ASTM F1694, Standard Guide for Composing Walkway Surface Evaluation and Incident Report Forms for Slips, Stumbles, Trips and Falls

**Links&Information**

Links and information related to the A1264.2 American National Standard:

- Essential Requirements used by ANSI:

    http://publicaa.ansi.org/sites/apdl/Documents/Standards%20Activities/American%20National%20Standards/Procedures,%20Guides,%20and%20Forms/2012%20ANSI%20Essential%20Requirements%20and%20other%20Updated%20Procedures/2012_ANSI_Essential_Requirements.pdf

4

- The two links below will give information addressing how voluntary national consensus standards are used in regulatory settings:

    https://www.asse.org/publications/standards/docs/Dembystandardsarticle3-21-2006.doc

    http://www.occupationalhazards.com/Issue/Article/37355/Safeguarding_Are_ANSI_Standards_Really_Voluntary.aspx

- There is an official memorandum of understanding between OSHA and ANSI. The link to the read the memorandum is at:

    http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=MOU&p_id=323

- Examples of where the A1264.2 Standard has historically been recognized:

***Recognition by OSHA:

**Walking and Working Surfaces; Personal Protective Equipment (Fall ...**

ANSI A1264.2-2001 -- American National Standard -- Standard for the Provision of Slip Resistance on Walking/Working Surfaces. (Docket S- 029; Ex. 1-11),

http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=17819&p_table=FEDERAL_REGISTER

Walking-Working Surfaces and Personal Protective Equipment (Fall Protection Systems); Proposed Rule. - 75:28862-29153

http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=FEDERAL_REGISTER&p_id=21518

... (A1264.2-2001) From the American National Standards Institute Guidelines for slip resistant floors ASTM Standard Practice for Safe Walking ...

http://www.osha.gov/dte/grant_materials/fy06/46e0-ht10/stf_fg_mod_1.pdf

Recognition by NIOSH:

- Standards
    - ANSI/ASSE **A1264.2**-2001, External Link: American National Standard - Standard for the Provision of Slip Resistance on Walking/Working Surfaces. **...**
        - www.cdc.gov/niosh/nas/ppt/Standards/Standards.htm

- Preventing Slips, Trips, and Falls in Wholesale and Retail **...**
    - Standards for the provision of slip resistance on walking/working surfaces. New York: American National Standards Institute, ANSI **A1264.2**–2006. **...**
        - www.cdc.gov/niosh/docs/2013-100/pdfs/2013-100.pdf
- Slip, Trip, and Fall Prevention

5

- - o   surfaces. New York: American National Standards Institute. ANSI/ ASSE **A1264**.2-20061 [www.ansi.org]. ANSI [2007]. Safety **...**
        - www.cdc.gov/niosh/docs/2011-123/pdfs/2011-123.pdf
    - Research and Practice for Fall Injury Control in the Workplace **...**
        - o   Page 1. Page 2. 2 Research and Practice for Fall Injury Control in the Workplace Disclaimer: These proceedings do not **...**
            - www.cdc.gov/niosh/docs/2012-103/pdfs/2012-103.pdf

Examples of recognition by other government agencies and organizations:

http://orosha.org/pdf/ansi.pdf

http://www.elcosh.org/document/1057/d000037/An%2BInvestigation%2Bof%2BSurface%2BSlip%2BResistance%2BOn%2BStructural%2BSteel.html?show_text=1

http://www.cna.com/vcm_content/CNA/internet/Static%20File%20for%20Download/Risk%20Control/General%20Liability/RC_GL_BUL_FloorMatsControllingtheSlipandFallExposure_CNA.pdf

6